IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

HEATHER RAMSEY, Individually and as
Next Friend to JADE RAMSEY                                                    PLAINTIFF

v.                                    Case No. 3:12-CV-03031

NORTH ARKANSAS COLLEGE; and
THE CINCINNATI INSURANCE COMPANY,
as the Liability Insurance Carrier for North
Arkansas College                                                              DEFENDANTS

ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion to Dismiss. (Doc. 19). Plaintiff represents that this matter has been settled.

It appearing to the Court that the matter has been settled, the Court finds that the instant matter should be dismissed with prejudice, subject to the terms of any settlement agreement.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order. The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss (Doc. 19) is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all other motions which remain pending in this case are DENIED AS MOOT.

IT IS SO ORDERED this 5th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE